IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE RUIZ,

        Plaintiff,                    No. CIV S-09-2065 KJM P

   vs.

BENAK, et al.,

        Defendants.             <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application was submitted with the first page missing and thus plaintiff has not filed a completed application for leave to proceed in forma pauperis. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit a complete application form.  Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

1

1        2. The Clerk of the Court is directed to send plaintiff a new Application to
Proceed In Forma Pauperis By a Prisoner; and

      3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 13, 2009.

_____
U.S. MAGISTRATE JUDGE

1/kly
ruiz2065.3d