IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE RUIZ,

        Plaintiff,                    No. CIV S-09-2065 KJM P

    vs.

BENAK, et al.,

        Defendants.          ORDER

_____/

        On August 13, 2009, plaintiff was ordered to file an in forma pauperis affidavit within thirty days and was cautioned that failure to do so would result in this action being dismissed without prejudice. The thirty day period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: October 29, 2009.

_____
U.S. MAGISTRATE JUDGE

1
Ruiz2065.fifp